Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>SHAWN MARLIN MAKIN<br><br>Debtor | CASE NO: 09-31365<br><br>Chapter 13    FILED ELECTRONICALLY<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

### TRUSTEE'S OBJECTION TO CONFIRMATION

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation of the Debtors' plan and in support thereof represents as follows:

1. The plan appears to improperly classify a secured claim as a "910-vehicle" claim that is not subject to § 506 (see § 1325(a)(9). The plan should be amended to classify the claim as a general secured claim.

2. The Debtor(s) list on Schedule J an expense for homeowner's insurance, but it appears that the Debtor(s) are not actually incurring this expense. The Debtor(s) should either substantiate this expense or remove it from Schedule J.

THEREFORE, the Trustee objects to confirmation of the Debtors' plan. If the Debtor is unable to resolve the Trustee's objection by the confirmation hearing scheduled for December 29, 2009, the Trustee will move to dismiss or convert this case.

DATED: 12/01/2009

                                              KRA /S/
                                              KEVIN R. ANDERSON
                                              CHAPTER 13 TRUSTEE

### CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on December 01, 2009:

                SHAWN MARLIN MAKIN
                138 GARDEN PARK
                OREM, UT  84057


                ROBERT S. PAYNE
                ECF NOTIFICATION


                                              /s/ _____

                                              Office of Chapter 13 Trustee